■ VIRGINIA CARRENO, Also Known as VIRGINIA FARRELL, Appellant, v

JOHN R. CARRENO, Respondent.—In an action, *inter alia,* to impose a constructive trust on certain real property, plaintiff appeals from stated portions of an order of the Supreme Court, Suffolk County, entered August 25, 1976, which, *inter alia,* granted in part the defendant's motion to dismiss the complaint, and vacated a *lis pendens.* Order affirmed insofar as appealed from, without costs or disbursements, on the opinion of Judge Scileppi at Special Term. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.